PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S D.C - Atlanta

OCT 3 0 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

U. S. A. vs. James Jarred Johnson　　　　　　　　　　Docket No. 1:03-CR-00037-2-TWT

### PETITION AND ORDER TO TERMINATE SUPERVISED RELEASE

　　　　COMES NOW Tammie R. Boone PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of James Jarred Johnson who was placed on supervision for the offense of Possession of a Firearm during Commission of a Crime of Violence, 18 USC § 924 and 2, by the Honorable Thomas W. Thrash, Jr. Sitting in the court at Atlanta, on the 9th day of July, 2003 who fixed the period of supervision at 84 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall pay $5,350.69 restitution. The restitution shall be paid at the monthly rate of not less than $50.00.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer and unless the defendant is in compliance with the installment payment schedule.

The defendant shall submit to a search of his person, property(real, personal or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
　　　　　　　　(If short insert here; if lengthy write on separate sheet and attach)

Based upon the defendant's progress and compliance while under supervision, this officer would not oppose an early termination of his term of supervised release.

PRAYING THAT THE COURT WILL ORDER the Supervised Release of James Jarred Johnson terminated.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this __26__ day of __October__, __2012__ | _____<br>Tammie R. Boone<br>U. S. Probation Officer |
| and ordered filed and made a part of the records in the above case. | Place:　Atlanta, Georgia<br><br>Date:　October 17, 2012 |
| _____<br>Honorable Thomas W. Thrash, Jr.<br>U. S. District Court Judge | _____<br>Beth B. Hammond<br>Supervising U.S. Probation Officer |